UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11165-GAO

RAMON A. CANELA,
Plaintiff,

v.

CLIFFORD HARRIS and THE TOWN OF FALMOUTH
Defendants.

ORDER
October 17, 2012

O'TOOLE, D.J.

The claims in this case arise out of a motor vehicle stop and arrest that occurred on September 23, 2008. The defendants have moved for summary judgment (dkt. no. 13) and plaintiff has opposed. After a full review of the record, I conclude that there are genuine issues of material fact in dispute and the defendants are not entitled to judgment as a matter of law. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249 (1986). Summary judgment is therefore inappropriate at this time.

Accordingly, the defendants' Motion for Summary Judgment (dkt. no. 13) is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge